# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1284

_____

Jeffrey Alan Olson,                              *
                                                 *
                Appellant,                        *
                                                 *
        v.                                        *
                                                 *    Appeal from the United States
Gerald O. Williams, Attorney at Law;             *    District Court for the
Kevin S. Burke, Honorable Chief                  *    District of Minnesota.
Judge, State of Minnesota; Kathleen              *
Blatz, Honorable Chief Judge; James              *         [UNPUBLISHED]
M. Rosenbaum, Honorable Chief                    *
Judge, United States District Court;             *
William H. Rehnquist, Honorable                  *
Chief Judge,                                      *
                                                 *
                Appellees.                        *

_____

Submitted: May 6, 2005
    Filed: May 9, 2005

_____

Before BYE, RILEY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Jeffrey A. Olson appeals the district court's[1] dismissal of his civil complaint for failure to state a claim. After de novo review, we conclude dismissal was proper. See Smith v. Boyd, 945 F.2d 1041, 1042-43 (8th Cir. 1991), Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.